UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| MIDWEST INVESTMENT PARTNERS LLC, | ) ) ) | |
| Plaintiff, | ) ) | 3:13-cv-00174-RLY-WGH |
| vs. | ) ) | |
| STANDARD GOLD HOLDINGS, INC., | ) ) | |
| Defendant. | ) | |

# FINAL JUDGMENT

The court, having granted Plaintiff's Motion for Summary Judgment, now enters final judgment in its favor, and against the Defendant.

**SO ORDERED** this 28th day of August 2014.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _Dina M. Doyle_
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.